**Michael Fuller, OSB No. 09357**
Lead Attorney for Plaintiff
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CORY BRADLEY,** an Oregon consumer, individually and on behalf of all others,<br><br>        Plaintiff,<br><br>  v.<br><br>**ENERGY EVENTS LLC** and **BRIAN DAVIS**,<br><br>        Defendants. | Case No. 3:17-cv-01291-SB<br><br>**NOTICE OF DISMISSAL** |

## NOTICE OF DISMISSAL

Under FRCP 41 this action is dismissed.

February 4, 2018

                            **RESPECTFULLY FILED,**

                            s/ Michael Fuller
                            **Michael Fuller, OSB No. 09357**
                            Lead Attorney for Plaintiff
                            Olsen Daines PC
                            US Bancorp Tower
                            111 SW 5th Ave., Suite 3150
                            Portland, Oregon 97204
                            michael@underdoglawyer.com
                            Direct 503-201-4570